STATE OF NEBRASKA, APPELLEE, v. DONALD KOWALSKI,
APPELLANT.

226 N. W. 2d 765

Filed March 6, 1975. No. 39720.

Walker, Luckey, Whitehead & Sipple and Mark M. Sipple, for appellant.

Paul L. Douglas, Attorney General, and Steven C. Smith, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, McCOWN, NEWTON, CLINTON, and BRODKEY, JJ.

CLINTON, J.

The issue involved in this case is substantially identical with that in State v. Saxon, *ante* p. 278, 226 N. W. 2d 765, and the result is governed by that opinion.

AFFIRMED.